Memorandum Decisions.

W. H. Hoskins, Plaintiff in Error, vs. C. J. Butler, Defendant in Error.

Writ of error to Circuit Court, Jackson county; Lucius J. Reeves, Judge.

C. L. Wilson, for Plaintiff in Error.

J. M. Calhoun, for Defendant in Error.

This writ was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of counsel for defendant in error.

Jessie P. Howell, Appellant, vs. E. B. Howell, Appellee.

IN BANC.

Appeal from the Circuit Court, Alachua county; W. S. Bullock, Judge.

C. C. Thomas, for Appellant.

B. A. Thrasher and W. W. Hampton, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Dismissed for failure to prosecute.